UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFF MEDLEY,

    Plaintiff,

v.                                                           4:05cv438-WS

FRITO-LAY, INC.,

    Defendant.

_____

### ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (doc. 9). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. All discovery shall be commenced in time to be completed by May 10, 2006.

3. Potentially dispositive motions, if any, shall be filed by May 31, 2006.

4. Plaintiff's counsel shall advise the court on or before May 10, 2006, whether and when the parties will attend mediation.

DONE AND ORDERED this December 19, 2005.

                    /s William Stafford
                  WILLIAM STAFFORD
                  SENIOR UNITED STATES DISTRICT JUDGE